IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **DEBRA BAILEY, INDIVIDUALLY** § | | |
| **AND AS NEXT FRIEND OF** § | | |
| **JACOB WYATT BAILEY,** § | | |
| § | | |
| *Plaintiffs* § | | |
| § | | |
| vs. § | CASE NO. 9:15-cv-00057-MHS | |
| § | | |
| **HEALTHSOUTH CORPORATION;** § | | |
| **BEAUMONT REHABILITATION** § | | |
| **ASSOCIATES L.P., d/b/a** § | | |
| **HEALTHSOUTH REHABILITATION** § | | |
| **CENTER-BEAUMONT; and** § | | |
| **HEALTHSOUTH REHABILITATION** § | | |
| **HOSPITAL OF BEAUMONT LLC,** § | | |
| **f/k/a BEAUMONT REHABILITATION** § | | |
| **ASSOCIATES L.P.,** § | | |
| § | | |
| *Defendants.* § | | |

## NOTICE OF THIRD SUPPLEMENTAL DISCLOSURES

Notice is hereby provided pursuant to Local Rule CV-26(c) that Defendants' Third Supplemental Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) were served on Plaintiff on July 15, 2016 via electronic mail to the following addresses:

George Chandler
207 E. Frank St. Suite 105
Lufkin, TX 75901                *VIA EMAIL: gchandler@cmzlaw.net*

Mark A. Carrigan
945 Heights Blvd.
Houston, TX 77008              *VIA EMAIL: mcarrigan@cmrllp.com*

        Respectfully submitted,

        SMITH & CARR, P.C.

        By: /s/ Joy M. Brennan
        Charles M. Carr, III
        Federal ID# 17348
        T.B.A. # 00788961
        Joy M. Brennan
        Federal ID # 827683
        T.B. A. # 24040569
        9235 Katy Freeway, Suite 200
        Houston, Texas 77024
        Telephone:  (713) 933-6700
        Facsimile:  (713) 933-6799
        ATTORNEYS FOR DEFENDANTS,
        HEALTHSOUTH CORPORATION;
        BEAUMONT REHABILITATION
        ASSOCIATES, L.P., d/b/a HEALTHSOUTH
        REHABILITATION CENTER-BEAUMONT;
        AND HEALTHSOUTH REHABILITATION
        HOSPITAL OF BEAUMONT, LLC, f/k/a
        BEAUMONT REHABILITATION
        ASSOCIATES, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically served via Electronic Case Filing System ("ECFS") of the United States District Court for the Eastern District of Texas and via email correspondence on July 15, 2016 to the following:

    George Chandler
    207 E. Frank St. Suite 105
    Lufkin, TX 75901                    ***VIA EMAIL***

    Mark A. Carrigan
    945 Heights Blvd.
    Houston, TX 77008                ***VIA EMAIL***

        /s/ Joy M. Brennan
        Joy M. Brennan