**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **DEBRA BAILEY, INDIVIDUALLY AND AS NEXT FRIEND OF JACOB WYATT BAILEY,** | § § § § | |
| *Plaintiffs* | § § | |
| vs. | § § | **CASE NO.  9:15-cv-00057-MHS** |
| **HEALTHSOUTH CORPORATION; BEAUMONT REHABILITATION ASSOCIATES L.P., d/b/a HEALTHSOUTH REHABILITATION CENTER-BEAUMONT; and HEALTHSOUTH REHABILITATION HOSPITAL OF BEAUMONT LLC, f/k/a BEAUMONT REHABILITATION ASSOCIATES L.P.,** | § § § § § § § § § | |
| *Defendants.* | § § | |

## <u>NOTICE OF FIFTH SUPPLEMENTAL DISCLOSURES</u>

Notice is hereby provided pursuant to Local Rule CV-26(c) that Defendants' Fifth Supplemental Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) were served on Plaintiff on August 29, 2016 via electronic mail to the following addresses:

George Chandler
207 E. Frank St. Suite 105
Lufkin, TX 75901          *VIA EMAIL: gchandler@cmzlaw.net*

Mark A. Carrigan
945 Heights Blvd.
Houston, TX 77008          *VIA EMAIL: mcarrigan@cmrllp.com*

Respectfully submitted,

SMITH & CARR, P.C.

By: /s/ Joy M. Brennan
Charles M. Carr, III
Federal ID# 17348
T.B.A. # 00788961
Joy M. Brennan
Federal ID # 827683
T.B. A. # 24040569
9235 Katy Freeway, Suite 200
Houston, Texas 77024
Telephone:  (713) 933-6700
Facsimile:  (713) 933-6799
ATTORNEYS FOR DEFENDANTS,
HEALTHSOUTH CORPORATION;
BEAUMONT REHABILITATION
ASSOCIATES, L.P., d/b/a HEALTHSOUTH
REHABILITATION CENTER-BEAUMONT;
AND HEALTHSOUTH REHABILITATION
HOSPITAL OF BEAUMONT, LLC, f/k/a
BEAUMONT REHABILITATION
ASSOCIATES, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically served via Electronic Case Filing System ("ECFS") of the United States District Court for the Eastern District of Texas and via email correspondence on August 29, 2016 to the following:

George Chandler
207 E. Frank St. Suite 105
Lufkin, TX 75901                         *VIA EMAIL*

Mark A. Carrigan
945 Heights Blvd.
Houston, TX 77008                     *VIA EMAIL*

/s/ Joy M. Brennan
Joy M. Brennan