IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DEBRA BAILEY | § <br> § |
| V. | § <br> § CASE NO.:   9:15-CV-57 (RC/KFG) |
| HEALTHSOUTH CORPORATION, ET AL | § <br> § <br> § |

**ORDER**

The court anticipates setting time limits for each party to present its case.  The **final pretrial is scheduled February 2, 2017,** and a **Trial is scheduled on February 6, 2017,** in Lufkin, Texas**.** It is, therefore, **ORDERED** that by **December 2, 2016, at 4:00 p.m.**, the parties shall each submit to the court an estimate of the time that party needs to complete the presentation of testimony in this case.  The statement shall list each of the witnesses the party contemplates calling in its case in chief, and for each witness the amount of time the party anticipates using in direct examination of that witness.  This statement shall also list each of the witnesses the party anticipates will be called by opposing counsel and for each such witness, an estimate of the time the party believes will be necessary for cross-examination of each witness.

Following the name of each witness listed and the estimated time, state briefly the general subject matter of testimony that witness is expected to give.  For example:    "Bob Smith - 30 minutes.  Mr. Smith was in the vehicle following plaintiffs and witnessed the accident."  If a party expects a witness to take an unusual amount of time, briefly explain the reasons for that time.  For example:    "Dr. Johnson – 1.5 hours.  Dr. Johnson treated plaintiff for two years and will be summarizing hundreds of medical records, the testimony of two other doctors, and a lengthy billing history."

The estimate of time for a party's own witnesses should include time for direct examination and redirect.  The estimate of time for opposing witnesses should include time for cross-examination and re-cross.   If a party anticipates calling rebuttal witnesses, those should also be listed and an estimate of time for their testimony given as provided above.

The amount of time an attorney plans to use in presenting a witness or in cross-examining could be information in the nature of trial strategy.  **Accordingly, the required statements should not be filed with the clerk, but should be submitted only to the court at 300 Willow, Jack Brooks Federal Building, Suite 221, Beaumont, Texas 77701, or faxed to chambers at (409) 654-6280.**  Copies do not have to be served on opposing counsel.  The statement will be preserved and filed as part of the record only in the unusual event that time becomes an actual issue.  The court intends to notify the parties of the total time each is allotted by December 16, 2016.

**So Ordered and Signed**
Nov 3, 2016

_____
Ron Clark, United States District Judge