UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DEBRA BAILEY, Individually and as Next Friend of JACOB WYATT BAILEY, | § § § |
| | § Civil Action No. 9:15-CV-00057-RC |
| v. | § § |
| HEALTHSOUTH CORPORATION, BEAUMONT REHABILITATION ASSOCIATES, L.P., and HEALTHSOUTH REHABILITATION HOSPITAL OF BEAUMONT, LLC | § § § § § § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND COMPELLING ARBITRATION

The Court referred this case to United States Magistrate Judge Keith F. Giblin pursuant to 28 U.S.C. § 636. On January 26, 2017, the report of the Magistrate Judge (Doc. No. 66) was entered containing proposed findings of fact and a recommendations that the Defendants' Motion to Compel Arbitration (Doc. No. 26) be granted.

Having received the report of the United States Magistrate Judge, and no objections having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Report and Recommendation (Doc. No. 66) is **ADOPTED** and the Defendants' Motion to Compel Arbitration (Doc. No. 26) is **GRANTED**.

Pursuant to Judge Giblin's recommendation, it is further **ORDERED** that the parties are compelled to arbitration and this civil action is **STAYED** pending completion of arbitration. The

1

parties are further **ORDERED** to notify the Court within five (5) days of completion of arbitration. It is finally **ORDERED** that the Defendants' separate motion to dismiss (Doc. No. 27) is **DENIED** as **MOOT** according to Judge Giblin's recommendation because the motion to dismiss was filed subject to the Court's ruling on the arbitration issue.

**So Ordered and Signed**
**Feb 16, 2017**

_Ron Clark_
Ron Clark, United States District Judge